IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL E. MANUEL, | ) | 8:07CV181 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON UNRESISTED MOTION |
| | ) | FOR ENLARGEMENT OF TIME |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Unresisted Motion for Enlargement of Time, filing 13, is granted and the plaintiff shall have on or before September 20, 2007, to file his brief;

2. the defendant shall have 45 days thereafter in which to file its response; and

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g).

Dated August 20, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge