IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL E. MANUEL, | ) | 8:07CV181 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME TO RESPOND |
| SOCIAL SECURITY ADMINISTRATION, | ) | TO PLAINTIFF'S BRIEF |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 16, is granted and the defendant shall have on or before December 5, 2007, to file and serve its response; and

2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

Dated November 7, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge